UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                   No. 13-CR-521-LTS

DENNIS GOGEL,

        Defendant.

-------------------------------------------------------x

## ORDER

The Court has received a letter of support from Ms. Sabrina Pass, submitted on behalf of Mr. Gogel in connection with his motion for a reduction in sentence. Because Ms. Pass' letter contains her address, phone number, and email address, the Court will file a redacted version of the letter on the public docket, and will file the complete, unredacted letter under seal.

Chambers will mail a copy of this Order to Mr. Gogel.

SO ORDERED.

Dated: New York, New York
       November 4, 2021

                                                        /s/ Laura Taylor Swain
                                                        LAURA TAYLOR SWAIN
                                                        Chief United States District Judge

**Copy mailed to**:

Dennis Gogel
Reg. No. 69264-054
FCI Bennettsville
Federal Correctional Institution
P.O. Box 52020
Bennettsville, SC 29512