UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x

UNITED STATES OF AMERICA

    -v-                                                     No. 13 CR 521-LTS-4

DENNIS GOGEL,

        Defendant.

---------------------------------------------------------x

## ORDER

The Court has received Defendant Dennis Gogel's pro se motion for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2) (the "Motion"), which was filed on December 5, 2023. (Docket entry no. 864.)

It is hereby ordered that Glenn A. Garber is reappointed as CJA counsel to represent Mr. Gogel in connection with this Motion. Mr. Garber is directed to file a proposed briefing schedule as soon as practicable after contacting Mr. Gogel.

The Court will mail a copy of this order to Mr. Gogel at the below address.

SO ORDERED.

Dated: New York, New York
       February 20, 2024

                                                  /s/ Laura Taylor Swain
                                                  LAURA TAYLOR SWAIN
                                                  United States District Judge

Mail to:
Dennis Gogel
Reg. No. 69264-054
FCI Miami
P.O. Box 779800
Miami, FL 33177