UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                                       No. 13 CR 521-LTS-4

DENNIS GOGEL,

        Defendant.

-------------------------------------------------------x

## Order

On December 5, 2023, defendant Dennis Gogel filed a pro se motion for a sentence reduction pursuant to 18 U.S.C. section 3582(c)(2) (the "Motion"). (Docket entry no. 864.) On February 20, 2024, the Court reappointed Glenn A. Garber as CJA counsel to represent Mr. Gogel in connection with the Motion. (Docket entry no. 868.) Mr. Garber was directed in the February 20, 2024, Order to file a proposed briefing schedule as soon as practicable after contacting Mr. Gogel. (Id.)

As the Court has not yet received a proposed briefing schedule, Mr. Garber is directed to file a status report by **May 21, 2024**, informing the Court whether his efforts to contact to Mr. Gogel were successful, and when Mr. Garber anticipates being able to file the proposed briefing schedule as directed.

The Court will mail a copy of this order to Mr. Gogel at the below address.

SO ORDERED.

Dated: New York, New York                          /s/ Laura Taylor Swain
       May 13, 2024                                LAURA TAYLOR SWAIN
                                                                     United States District Judge

Mail to:
Dennis Gogel
FCI Miami, Reg. No. 69264-054
P.O. Box 779800
Miami, FL 33177