UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

    -v-                                   No.  13 CR 521-LTS-4

DENNIS GOGEL,

       Defendant.

-------------------------------------------------------x

ORDER

The Court has received Defendant Dennis Gogel's request (docket entry no. 897) for an extension of time to file supplemental briefing on the pending motion for a reduction in sentence (docket entry no. 864).

Mr. Gogel's request is granted.  By **August 29, 2024**, Mr. Gogel must either file supplemental briefing or a status report regarding his efforts to obtain the medical records discussed in his letter request.

SO ORDERED.

Dated: New York, New York
      July 18, 2024

                                         /s/ Laura Taylor Swain
                                         LAURA TAYLOR SWAIN
                                         United States District Judge