UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

    -v-                                                          No.  13-CR-521-4-LTS

DENNIS GOGEL,

       Defendant.

-------------------------------------------------------x

<u>ORDER</u>

      The Court has received an application for compassionate release pursuant to 18 U.S.C. section 3582(c)(1)(A) from Mr. Dennis Gogel.  (Docket entry no. 963 (the "Motion").) The Government is directed to file its response by October 16, 2025.  Any reply must be filed by October 23, 2025.

      Mr. Gogel also requests that Exhibit A of the Motion be filed under seal.  This request is granted because this filing contains sensitive medical information regarding the Defendant.  Defense counsel is directed to take hard copies of the referenced unredacted document to the Records Room of the Clerk's Office for sealed filing, together with a copy of this order.

      SO ORDERED.

Dated: New York, New York                    /s/ Laura Taylor Swain
      October 2, 2025                              LAURA TAYLOR SWAIN
                                   Chief United States District Judge