

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

October 17, 2025

**BY ECF**
The Honorable Laura Taylor Swain
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

# MEMO ENDORSED

Re:   *United States v. Denis Gogel*, 13 Cr. 521 (LTS)

Dear Chief Judge Swain:

The Government respectfully requests, with the consent of defense counsel, a three week adjournment of its deadline to respond to defendant Denis Gogel's motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A). (Dkt. 963). The requested adjournment will provide the Government with additional time to evaluate and respond to the claims set forth in the defendant's motion, which include, among other things, issues related to the defendant's medical history and treatment while under federal Bureau of Prisons custody.

Accordingly, the Government respectfully requests that the Court grant its consent motion for a three week extension of its response deadline.

Respectfully submitted,

JAY CLAYTON
United States Attorney

by: _____/s/_____
Nicholas S. Bradley / Michael D. Lockard
Assistant United States Attorneys
(212) 637-1581 / -2193

Cc: Counsel of Record (by email)

The foregoing request is granted.  The Government is directed to file its response by **November 6, 2025**.  Any reply must be filed by **November 13, 2025**.  Docket entry no. 965 is resolved.
SO ORDERED.
October 20, 2025
/s/ Laura Taylor Swain, Chief USDJ